City of New Rochelle, Respondent, *v.* Alice S. Stevens, as Administratrix with the Will Annexed of Charles G. Banks, Deceased, Appellant.

Submitted April 10, 1950; decided April 13, 1950.

*Aaron Simmons, Corporation Counsel* (*Francis S. Claps* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that no substantial constitutional question is presented.